UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXANDRA LOVE PROSPEROUS,

    Plaintiff,

v.                                       Case No. 8:17-cv-996-T-33MAP

AGNES MCCABE, et al.,

    Defendants.
_____/

## ORDER

This matter comes before the Court upon consideration of four motions to dismiss filed by the Office of Ken Burke (Doc. # 99), Agnes McCabe (Doc. # 100), Directions for Living, Jessica Long, and Rochelle Noel (Doc. # 103), and Healthy Start Coalition of Pinellas (Doc. # 107). The time for responding to the motions filed by the Office of Ken Burke, Agnes McCabe, and Directions for Living, Jessica Long, and Rochelle Noel has now passed. M.D. Fla. L.R. 3.01(b). As of this Order, Plaintiff Alexandra Love Prosperous has not filed a response in opposition to those three motions. Therefore, the Court considers the motions (Doc. ## 99, 100, 103) unopposed and grants them as such.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The motions to dismiss filed by the Office of Ken Burke (Doc. # 99), Agnes McCabe (Doc. # 100), and Directions for Living, Jessica Long, and Rochelle Noel (Doc. # 103) are **GRANTED** as unopposed.

(2) All other motions are **DENIED AS MOOT**.

(3) This case is **DISMISSED** and the Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of July, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE